1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   THOMAS MARTIN,                    )   No.  CV 16-3464 ODW (FFM)
                                       )
12                   Petitioner,       )
                                       )   JUDGMENT
13        v.                           )
                                       )
14   NEIL McDOWELL, Warden,            )
                                       )
15                   Respondent.       )
     _____ )
16

17        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is dismissed with prejudice.

20
                         April 25,2017
21   DATED: _____

22

23                                      _____
                                             OTIS D. WRIGHT II
24                                         United States District Judge

25

26

27

28